## UNITED STATES FIDELITY & GUARANTY CO. v. HANSEN *et al.*

No. 2164.   Opinion Filed October 23, 1912.

Rehearing Denied December 24, 1912.

(129 Pac. 67.)

*Error from District Court, Noble County;*
*W. M. Bowles, Judge.*

Action by John A. Hansen, guardian of Harry Saunders, a minor, against R. S. Steele and the United States Fidelity & Guaranty Company. Judgment for plaintiff, and defendant United States Fidelity & Guaranty Company brings error. Affirmed.

*Flynn, Ames & Chambers* and *Russell G. Lowe,* for plaintiff in error.

*John Embry* and *Isaac D. Taylor,* for defendant in error.

Opinion by ROSSER, C.   This was an action brought by John A. Hansen, as guardian of Harry Saunders, a minor, against R. S. Steele, former guardian of the same minor, and the United States Fidelity & Guaranty Company, surety upon his bond as such guardian.   Steele was ordered by the county court to pay over certain moneys in his hands at the end of his guardianship, and he has failed and refused to do so.   Some or all of the moneys in his hands were the proceeds of the sale of lands belonging to a minor Otoe Indian.

This case is controlled by the decision, *United States Fidelity & Guaranty Co., American Surety Co., Lee Van Winkle,* and *Major Moberly v. John A. Hansen, as Guardian of Rosa Little Crow, a Minor, post,* 129 Pac. 60, in which the opinion has just been rendered.

On the authority of that case, and for reasons given therein, the judgment is affirmed.

By the Court:   It is so ordered.